ECF

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: FOSAMAX PRODUCTS LIABILITY LITIGATION | MDL No. 1789 |
| ANNIE DANIELS, individually | Case No: 1 :07-cv-6879-JFK-JCF |
| | **NOTICE OF APPEARANCE** |
| Plaintiffs, | |
| | *This document relates to: 1:07-md-1789-JFK* |
| v. | |
| MERCK & COMPANY, INC., | |
| Defendant. | |

COMES NOW Debra Brewer Hayes, of the law firm of Reich & Binstock, LLP and hereby gives the Court her notice of appearance as counsel on behalf of the Plaintiffs in this cause.

Dated: August 10, 2007                    Respectfully submitted,


                                        s/ Debra Brewer Hayes
                                        Debra Brewer Hayes (05656790)
                                        REICH AND BINSTOCK, LLP
                                        4265 San Felipe, Suite 1000
                                        Houston, TX 77027
                                        Telephone: (713) 622-7271
                                        Fax: (713) 623-8724

                                        ATTORNEYS FOR PLAINTIFFS

ECF

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 10, 2007, the foregoing *Notice of Appearance* was filed electronically and served electronically, pursuant to the Court's Case Management Order, via the Court's CM/ECF System.


_____s/ Debra Brewer Hayes_____